United States District Court
Middle District of Florida
Tampa Division

**WILLIAM MOORE,**

    *Plaintiff,*

v.                                                        **NO. 8:23-cv-2850-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

---

# Order

The Commissioner of Social Security moves to reverse the decision below and remand the case for further administrative proceedings. Doc. 22. Considering the absence of opposition and the authority described in the motion, the Court:

1. **grants** the motion, Doc. 22;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to the Commissioner to "offer the claimant an opportunity for a supplemental hearing and issue a new decision"; and

4. **directs** the clerk to enter judgment for William Moore and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on July 29, 2024.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*